UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HAMZA MUHAMMAD

Plaintiff(s),

v.

Dustin Saddock (1)
Micheal McCarthy (2)
County of Onondaga (3)
Wellpath Medical (4)

Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

**Case No.** _____
(Assigned by Clerk's Office upon filing)

**Jury Demand**
☑ Yes
☐ No

FILED
JUN 1 2 2025
AT____ O'CLOCK____
John M. Domurad, Clerk - Syracuse

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

**I.   LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

II. **PLAINTIFF(S) INFORMATION**

Name: HAMZA MUHAMMAD
Prisoner ID #: 18B2106
Place of detention: Cayuga C.F.
Address: P.O. Box 1150
Moravia, New York 13118

Indicate your confinement status when the alleged wrongdoing occurred:
- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

HANZA MUHAMMAD 08000144

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III. **DEFENDANT(S) INFORMATION**

Defendant No. 1: Saddock Dustin
Name (Last, First)

Sheriff Deputy Sert Sergeant
Job Title

555 South State Street
Work Address

Syracuse        N.Y.        13202
City            State       Zip Code

Defendant No. 2: McCarthy Michael
Name (Last, First)

Sheriff Deputy
Job Title

2

555 South State Street
**Work Address**

Syracuse        New York   13206
City            State      Zip Code

Defendant No. 3: County of Onondaga Attorney
**Name (Last, First)**

Department of Law Attorney
**Job Title** John H. Mulroy Civic Center

421 Montgomery St, 10th Floor
**Work Address**

Syracuse        New York   13202
City            State      Zip Code

Defendant No. 4: Wellpath Medical, Cogeng-Global inc.
**Name (Last, First)** Medical Provider of the Onondaga

County Justice Center Sheriff's department
**Job Title**

122 East 42nd Street 18th Floor
**Work Address**

New York        New York   10168
City            State      Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV. STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

Eighth Amendment, Excessive Force, Failure to Protect, Dustin Sadock, Micheal McCarthy, County of Onondaga.

### SECOND CLAIM

Eight Amendment, Failure to Protect Dustin Sadock, Micheal McCarthy, Count of Onondaga

### THIRD CLAIM

Eight Amendment, Medical Care, County of Wellpath Medical, Onondaga.

## VI. RELIEF REQUESTED

State briefly what relief you are seeking in this case.

damaged's in the amount of one point five million dollars. (1,500,000,00.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 24, 2025   HAMZA MUHAMMAD
                       Plaintiff's signature
                       (All plaintiffs must sign the complaint)

(revised 10/2/16)

5

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

C.C. Attached Page

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

On June 2, 2023 between the hours of 2:00 pm and 4:00 pm at the Onondaga County Justice Center Sheriffs Department on the second floor housing pod (2-A). Plaintiff was being escorted to segregated housing when suddenly and unexpectedly Sheriff Deputy Dustin Saddock stated "Now" then viciously and violently struck Plaintiff in the right shoulder with a flurry of punches 6 to 8 times in a blind spot inside stated facility while Plaintiff was handcuffed behind his back. During the same incident Sheriff Deputy Michael McCarthy was also escorting Plaintiff along with Deputy Sergeant Dustin Saddock when Mr. McCarthy swung approximately two (2) closed fist punches at Plaintiffs left eye. Connecting with Plaintiffs left eye. Unknown deputies jumped on to Plaintiffs back until Plaintiff went down to the floor. Wellpath medical is located inside stated location who's agents, servants and employees refused to give or send Plaintiff out for an MRI on his shoulder and thoroughly evaluate Plaintiff and send him out to see a back specialist in regards to his back injuries. Plaintiff has a bulge in his shoulder blade that is not going away. Also disregarding Plaintiffs (100) or so sick call request forms. Medical staff did not see claimant until 5 days after said incident occurred when Wellpath staff knew Plaintiff was urinating blood.

Plaintiffs was escorted through an area of the Onondaga County Justice Center located at 555 South State St., Syracuse N.Y. 13202 through known blind spots, and County employees are fully aware of these known blind spots, and so they take advantage of said blind spots to commit assault and other criminal behavior against the residents of the Justice Center. This intentional and or careless, reckless, and negligent acts of the county employees, agents, and servants consisted of assault and battery as well as other atrocities while causing harm to the Plaintiff; causing Plaintiff to suffer a black eye, have constant shoulder pain and two (2) out of place vertebrate (Discs in claimants back out of place and or crushed), as well as urinating blood & defecating on himself, all violated Plaintiffs rights. Deliberately disregarding Plaintiffs request for an MRI of shoulder, not scheduling an appointment for a back specialist, taking Five (5) days to see Plaintiff before any medical report was done. Fabrication of documents in violating all medical needs & Plaintiffs rights.

**CAYUGA CORRECTIONAL FACILITY**
P.O. BOX 1186
MORAVIA, NEW YORK 13118

NAME: HAMZA MUHAMMAD  DIN: 18B2106

CAYUGA ★ CORRECTIONAL FACILITY

NEOPOST
06/10/2025
US POSTAGE $001.25⁰

FIRST-CLASS MAIL
IMI

ZIP 13118
041M11463873

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JUN 12 2025

RECEIVED

Legal mail

Northern District Clerk
United States District Court
Federal Building, P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261-7367

# NEW YORK STATE
## DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
### INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: H. Muhammad          DIN: 18B2106

Printed On Recycled Paper